**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID SMITH, | No. 1:25-cv-01988-KES-CDB |
| Plaintiff, | ORDER REMANDING THE ACTION TO KERN COUNTY SUPERIOR COURT |
| v. | |
| CONSOLIDATED ASSET MANAGEMENT SERVICES (CALIFORNIA) LLC, a California Limited Liability Company; CONSOLIDATED ASSET MANAGEMENT SERVICES CALIFORNIA (O&M), LLC, a California Limited Liability Company; and DOES 1 through 50, inclusive, | |
| Defendants. | |

Smith filed this action by filing a complaint in Kern County Superior Court, Case No. 25CUB00665.  Following removal to the district court, Smith filed a motion to remand.  The court found the Notice of Removal deficient in establishing complete diversity between the parties and granted defendants leave to amend.  Doc. 9.  Defendants now report "there is insufficient disclosable information to allow the Court to conduct complete and thorough tracing of citizenship of the LLCs and members, beyond the information Defendants previously filed."  Doc. 11 at 2.

Given the prior determination that defendants' Notice of Removal fails to establish the jurisdiction of the district court, this matter shall be remanded to the Kern County Superior Court.

1

28 U.S.C. § 1447(c).  Thus, the Court **ORDERS**:

    1.      The matter is **REMANDED** to Kern County Superior Court.

    2.      The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

    Dated:    March 18, 2026

                    UNITED STATES DISTRICT JUDGE